JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

TRISTAN JACKSON-STANKUNAS,

          Plaintiff,

    v.

CRB AUTO, INC.,

          Defendant.

Case No. 2:20-cv-04690-MWF-E

**ORDER ON DISMISSAL WITH PREJUDICE**

     Plaintiff, TRISTAN JACKSON- STANKUNAS ("Plaintiff"), by and through his attorneys, Wajda Law Group, APC, having filed with this Court his Notice of Voluntary Dismissal with Prejudice  and the Court having reviewed same, now finds that this matter should be dismissed.

     IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

Dated:  July 13, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge